Hannah Krane Pfillips v. Abraham Phillips.— Motion denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

The People of the State of New York v. Herman Herbstreith.— Motion to dismiss appeal granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

The People of the State of New York v. Gonzalo Cavan.— Motion to dismiss appeal granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

The People of the State of New York v. Meyer Gartstein.— Motion to dismiss appeal granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

The People of the State of New York v. Charles Ordover.— Motion to dismiss appeal denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

The People of the State of New York v. Edwin V. Kilvan.— Motion to dismiss appeal granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

The People of the State of New York v. Louis Wolfe.— Motion to dismiss appeal granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

The People of the State of New York v. John DeJamos.— Motion to dismiss appeal granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

The People of the State of New York v. Charles Scala.— Motion to dismiss appeal granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

The People of the State of New York v. John Maisinovich.— Motion to dismiss appeal denied and appellant's time in which to file the record on appeal and appellant's points extended to and including the 1st day of December, 1931, with notice of argument for December 16, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

The People of the State of New York v. James E. Wooton.— Motion to dismiss appeal granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

The People of the State of New York v. Charles A. Dittberner.— Motion to dismiss appeal granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

The People of the State of New York v. John Fahn.— Motion to dismiss appeal granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

The People of the State of New York v. Thomas O'Keefe.— Motion to dismiss appeal granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

The People of the State of New York v. Richard B. Ganley.— Motion to dismiss appeal granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

The People of the State of New York v. Rose Shapiro, Alias Mary Gold.